IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No.  10-cv-03075-CMA-BNB | Date: February 28, 2011 |
| Courtroom Deputy: Emily Seamon | FTR BNB COURTROOM A-401 |

---

| | |
|---|---|
| AVAYA INC., | Christian Hendrickson |
| a Delaware corporation | Robert Egan |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| ACUMEN TELECOM CORP., | Benjamin Kahn |
| a delinquent Colorado corporation, | Jeffrey Felder |
| and JOHN DOES 1-10 | |
| | |
| Defendant. | |

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**SCHEDULING CONFERENCE**

Court in Session:      8:37 a.m.

Appearances of counsel.

Court's opening remarks.

Statement of claims and defenses: **To be supplemented on or before March 11, 2011, with the defendant's defenses**.

IT IS **ORDERED** that the [Partially] Stipulated Protective Order Governing Confidentiality [Doc. # 21,  filed 2/16/2011] is **DENIED**.

Discovery limitations:  Each separately represented party may take no more than 20 depositions, plus the depositions of any specially retained experts designated pursuant to the Scheduling Order.  Each separately represented party may serve no more than 25 interrogatories, including discrete sub-parts.  No deposition may exceed one day of seven hours.  Each separately represented party may serve no more than 25 production requests and 25 requests for admissions,

including discrete sub-parts.

Deadline for joinder of parties and amendment of pleadings is: **April 1, 2011**

Discovery cut-off is: **September 1, 2011**

The dispositive motion deadline is **September 30, 2011**

Each separately represented party may designate no more than three specially retained experts.

The Plaintiff shall designate all experts no later than **July 1, 2011**.

The Defendant shall designate all rebuttal experts no later than **August 1, 2011**.

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be held on **June 23, 2011 at 1:30 p.m.**

> Attorneys and client representatives with authority to settle must be present. (Note: this requirement is not fulfilled by the presence of counsel. If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)

Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before **June 16, 2011**, outlining the facts and issues in the case and the party's settlement position. Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful. In addition, each party shall disclose what it is willing to offer or accept in settlement.

A Final Pretrial Conference will be held on **November 10, 2011 at 9:00 a.m.** A proposed Pretrial Order shall be submitted on or before **November 3, 2011**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:     9:29 a.m.     Hearing concluded.     Total time in Court: 00:52

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.