IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-03075-CMA- BNB | Date: April 4, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| AVAYA, INC., a Delaware corporation | Christian Hendrickson |
| Plaintiff(s), | |
| v. | |
| ACUMEN TELECOM CORPORATION, a delinquent Colorado corporation, and John Does 1-10 | Benjamin Kahn<br>Jeffrey Felder |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    2:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Unopposed motion for leave to file first amended complaint [ Doc. #34; filed 4/1/11] is granted for reasons stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing.

**ORDERED:** Plaintiff's motion for protective order governing confidentiality [Doc. #30; filed 3/15/11] is granted in part and denied part for reasons stated on the record.

Court in Recess:    3:13 p.m.    Hearing concluded.    Total time in Court:    00:42

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.