IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  10-cv-03075-CMA-BNB

AVAYA, INC., a Delaware corporation,

Plaintiff,

v.

ACUMEN TELECOM CORP., a delinquen Colorado corporation,
KIDO COMMUNICATIONS CO., LTD.,and
JOHN DOES 1-10,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiff's **Unopposed Motion for Leave to File First Amended Complaint** [Doc. # 34, filed 4/1/2011] (the "Motion to Amend"); and

(2)     **Plaintiff's Motion for Protective Order Governing Confidentiality** [Doc. # 30, filed 3/15/2011] (the "Motion for Blanket Protective Order").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 34] is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 34-2].  The case caption is modified as indicated above.

(2)     The Motion for Blanket Protective Order [Doc. # 30] is GRANTED IN PART and

DENIED IN PART as follows:

    • GRANTED to adopt the filing under seal provisions of ¶19;

    • DENIED with respect to the "Approved Expert" provision contained in ¶13; and

    • DENIED with respect to the requirement imposed by ¶16 that a party serve on the opposition copies of Exhibit A when executed.

(3)    The parties may submit a revised proposed protective order, modified as discussed here, for my review.

Dated April 4, 2011.

                                         BY THE COURT:

                                         s/ Boyd N. Boland
                                         United States Magistrate Judge