IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03075-CMA-BNB

AVAYA, INC., a Delaware corporation,

Plaintiff,

v.

ACUMEN TELECOM CORP., a delinquent Colorado corporation, and
JOHN DOES 1-10,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Plaintiff's Forthwith Motion to Vacate and Reschedule the June 23, 2011 Settlement Conference** [docket no. 47, filed June 10, 2011] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED, and the Settlement Conference set for **June 23, 2011**, is **VACATED**.  The parties are to call Chambers at 303/844-6408 at a later date when they feel a Settlement Conference would be more appropriate.


DATED:  June 13, 2011