IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03075-CMA-BNB

AVAYA, INC., a Delaware corporation,

Plaintiff,

v.

ACUMEN TELECOM CORP., a delinquent Colorado corporation, and
JOHN DOES 1-10,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend/Modify Scheduling Order** [docket no. 60, filed July 22, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

      Expert Witness Disclosures:
            The parties shall designate all experts and provide opposing
            counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
            on or before **September 30, 2011**;

            The parties shall designate all rebuttal experts and provide
            opposing counsel with all information specified in Fed. R. Civ. P.
            26(a)(2) on or before **October 31, 2011**;

| | |
|---|---|
| Discovery Cut-off: | **December 1, 2011**; |
| Dispositive Motion Deadline: | **January 15, 2012**. |

      IT IS FURTHER ORDERED that the Pretrial Conference set for November 10, 2011, is **vacated and reset to March 19, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 12, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  July 25, 2011