IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03075-CMA-BNB

AVAYA, INC., a Delaware corporation,

Plaintiff,

v.

ACUMEN TELECOM CORP., a delinquent Colorado corporation, and
JOHN DOES 1-10,

Defendants.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend/Modify Scheduling Order** [docket no. 66, filed November 11, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is modified as follows:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 11, 2011**;

Discovery Cut-Off: **January 11, 2012**;

Dispositive Motion Deadline: **February 1, 2012**.

DATED: November 23, 2011