**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03075-CMA-BNB

AVAYA INC., a Delaware corporation,

    Plaintiff,

v.

ACUMEN TELECOM CORP, a Colorado corporation, and
JOHN DOES 1 - 10,

    Defendants.

---

**ORDER OF DISMISSAL AND CLOSING OF CASE**

---

    This matter is before the Court on the parties' Stipulation for Dismissal of Action on Specified Terms (Doc. # 74).  Pursuant to and in accordance with Fed. R. Civ. P. 41(a) and a settlement agreement reached between the parties, it is ORDERED that:

    1)    All claims that were or could have been raised in this action between Plaintiff Avaya, Inc. and Defendant Acumen Telecom Corp. are DISMISSED WITH PREJUDICE; and

    2)    All claims brought by Plaintiff Avaya, Inc. against Kido Communications, Co., Ltd, and other parties to be named are DISMISSED WITHOUT PREJUDICE.

    DATED at Denver, Colorado, this __5th__ day of January, 2012.

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge